**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>v.<br><br>**JUAN MUNOZ-GUZMAN**<br><br>    Defendant. | CR NO: 2:25-CR-0247-DJC |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum          ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | JUAN MUNOZ-GUZMAN | |
| Detained at | San Joaquin County Jail | |
| Detainee is: | a.) | ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint<br>charging detainee with: 21 U.S.C. §§ 841, 846 – dist. of cont. substances |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ *Robert C. Abendroth* |
| Printed Name & Phone No: | Robert C. Abendroth, (916) 554-2766 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:   November 17, 2025

Honorable Jeremy D. Peterson
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | N/A | ☒Male  ☐Female | |
| Booking or CDC #: | 25-13681 | DOB: | 11/02/1997 |
| Facility Address: | 999 West Mathews Rd. French Camp, CA 95231 | Race: | Hispanic |
| Facility Phone: | (209) 468-4562 | FBI#: | |
| Currently Incarcerated | Yes – San Joaquin County Jail | | |

## RETURN OF SERVICE

Executed on: _____        _____
                                           (signature)